___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 12-841-JST (ANx)                          Date:  June 25, 2012

Title:  HARRY J. PRICE II v. AMERICAN HOME MORTGAGE SERVICING, INC., et al.

Present: The Honorable JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE

| Nancy Boehme | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|:---:|:---:|
| Not Present | Not Present |

**Proceedings:**      **(In Chambers) ORDER ISSUING ORDER TO SHOW CAUSE FOR FAILURE TO SUBMIT LOAN MODIFICATION READINESS FORM**

On May 31, 2012, the Court issued an Order Setting Loan Modification Readiness Conference for June 29, 2012 (Doc. 8).  Defendants were ordered to file and serve the Loan Modification Readiness Conference form at least **five (5) court days** before the hearing advising the Court whether the Readiness Conference remains necessary or may be vacated.  To date the referenced document has not been filed.

The Court orders counsel for Defendants to show cause why the Court should not issue sanctions for the failure to timely file the referenced document.  The filing of the document, **no later than June 26, 2012**, shall constitute compliance with this Order.

Initials of Preparer:  nkb

___